Civil Action No. 7:25-cv-00546

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| YANETH EDITH CANTU DE LOPEZ | § | |
| | § | |
| vs. | § | Civil Action No. 7:25-cv-00546 |
| | § | |
| HOME DEPOT, U.S.A., INC. | § | JURY DEMANDED |

## INDEX OF DOCUMENTS

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 10/28/2025 |
| B-3 | Citation Issued | 10/30/2025 |
| B-4 | Return of Service | 11/12/2025 |
| B-5 | The Special Exceptions and Original Answer of Defendant | 11/24/2025 |

**EXHIBIT C:** List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)